**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CHRISTOPHER ZARAGOZA,

    Plaintiff,

vs.                                                Case No. 3:10-cv-1096-J-34PDB

QONCERT, LLC,

    Defendant.

_____

**O R D E R**

**THIS CAUSE** is before the Court on Magistrate Judge Patricia D. Barksdale's Report and Recommendation (Doc. No. 129; Report), entered on February 21, 2014. In the Report, the Magistrate Judge recommends that Plaintiff's Motion for Attorneys' Fees and Incorporated Memorandum of Law (Doc. No. 109; Motion) be granted in part and denied in part, and that the Court award Plaintiff $103,490 in attorneys' fees and direct the Clerk of Court to enter judgment in favor of Plaintiff in that amount and close the case. See Report at 16. No objections to the Report have been filed, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United

States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

The Court has conducted an independent examination of the record in this case and a de novo review of the legal conclusions. Plaintiff filed suit against Defendant pursuant to the FLSA, see Complaint for Violations of the FLSA and Demand for Jury Trial (Doc. No. 1), seeking recovery of unpaid overtime, liquidated damages, travel expenses, attorneys' fees, and costs, see Plaintiff's Third Amended Verified Answers to Court Issued Interrogatories (Doc. No. 80). During a conference with the Court on April 9, 2013, the parties reached a settlement, and the Court approved the terms (Doc. Nos. 98, 102). In the Court's Order on January 8, 2014, the Court stated that since "the substance of the terms of the Settlement Agreement have been satisfied, the Court will dismiss the action with prejudice reserving jurisdiction to make an award of attorney's fees to Plaintiff as the prevailing party in this action." See Order at 3 (Doc. No. 123). Accordingly, the instant Motion is the only motion still pending in this action. Upon review of the record, including the Report and the Motion, the undersigned will approve the recommendation that $103,490 in attorneys' fees is a reasonable award for Plaintiff as a prevailing party under the FLSA in this action. Accordingly, the Court will accept and adopt Judge Barksdale's Report.

In light of the foregoing, it is hereby **ORDERED**:

1. Magistrate Judge Patricia D. Barksdale's Report and Recommendation (Doc. No. 129) is **ADOPTED** as the opinion of the Court.

    2.       The Clerk of Court is directed to enter judgment pursuant to 29 U.S.C. § 216(b) in favor of Plaintiff Christopher Zaragoza in the amount of $103,490 in attorneys' fees and close the file.

    3.       This case is **DISMISSED WITH PREJUDICE**.

**DONE AND ORDERED** at Jacksonville Florida, this 18th day of March, 2014.

*[Signature]*

**MARCIA MORALES HOWARD**
United States District Judge

lc18

Copies to:

Counsel of Record